| FILED ___ LODGED
___ RECEIVED ___ COPY

JUN - 5 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES- JURY TRIAL - DAY 1

Phoenix Division

CR 01-1030-3 PCT FJM          DATE: 06/05/02
Year    Case No.    Dft #

HON: FREDERICK J. MARTONE    Judge # 7028

USA v. HOLLIDAY, KAJO
        Last name   First Name   Middle

DEFENDANT: X Present ___Not Present/WAIVED ___Released X Custody ___Writ

Deputy Clerk: Kelly M. Branding    Court Reporter Gary Moll
U.S Atty: Michael Kemp/Howard Sukenic   Dft Atty: Philip Seplow (CJA)
Interpreter: Edward Singer (for govt. witness) Language: Navajo
==============================================================
**PROCEEDINGS:**    X  Open Court    _____Chambers    _____Other

9:57 a.m. Jury trial commences. The jury panel is sworn, and the court conducts voir dire examination. The court excuses the jury panel from the courtroom; court remains in session. The court makes strikes for cause and hardship.
11:43 a.m. Recess while counsel make peremptory strikes.
12:10 p.m. Court reconvenes. 13 jurors are selected; remaining jurors are excused. The panel is sworn, and the court gives preliminary instructions. The clerk reads the indictment.
12:30 p.m. Recess.
1:58 p.m. Court reconvenes without the jury. Court and counsel discuss statements against interest, and the court makes its ruling. (2:10 p.m) The jury is now present. Counsel present opening statements. (2:28 p.m.) Government's case: Barbara K. Bollinger is sworn/examined/excused. Theresa Wagon is sworn/examined.
3:32 p.m. Recess.
3:42 p.m. Court reconvenes. Theresa Wagon resumes testimony on cross-examination and is excused. Marie Begay is sworn/examined/excused, assisted by Navajo Interpreter, Edward Singer. Jefferson Joe is sworn/examined. Exhibits admitted: 18, 3 through 17, 2 and 1.
5:08 p.m. The jury is excused for the evening; court stands at recess.
5:13 p.m. Court reconvenes without the jury. Court and counsel settle jury instructions and verdicts.

5:50 p.m. **Court stands at recess until 8:00 a.m. on Thursday, June 6, 2002.**

99