IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES- JURY TRIAL - DAY 2 - GUILTY VERDICT

Phoenix Division

<u>CR 01-1030-3 PCT FJM</u>      DATE: <u>06/06/02</u>
Year    Case No.    Dft #

HON: <u>FREDERICK J. MARTONE</u>   Judge # <u>7028</u>

```
            FILED     LODGED
            RECEIVED  COPY
            JUN 11 2002
            CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
            BY_____DEPUTY
```

USA v. <u>HOLLIDAY, KAJO</u>
       Last name    First Name    Middle

DEFENDANT: <u>X</u> Present ___Not Present/WAIVED ___Released <u>X</u> Custody ___Writ

Deputy Clerk: <u>Kelly M. Branding</u>    Court Reporter <u>Gary Moll</u>
U.S Atty: <u>Michael Kemp/Howard Sukenic</u>   Dft Atty: <u>Philip Seplow (CJA)</u>
Interpreter: _____ Language: _____
==================================================================
**PROCEEDINGS:**    <u>X</u>  Open Court  _____Chambers  _____Other

8:03 a.m. Jury trial continues from June 5, 2002. <u>Government's case continues</u>: Jefferson Joe resumes testimony (cross-exam.) and is excused. Kent R. Hush is sworn/examined. Exhibit 19 is admitted. Quinton Halloway is sworn/examined/excused. Exhibit 1 is admitted. **Government rests.** The jury is excused; court remains in session. **Defendant's oral motion for judgment of acquittal is argued and DENIED.**
8:45 a.m. Recess.
8:51 a.m. Court reconvenes. <u>Defendant's case</u>: Kajo Holliday is sworn/examined. Exhibit 29 is admitted. **Defendant rests.**
9:49 a.m. Recess.
10:25 a.m. Court reconvenes without the jury. Court and counsel settle final jury instructions and verdicts.
10:30 a.m. Recess.
10:42 a.m. Court reconvenes. The government gives closing argument. (11:10 a.m.) Defendant gives closing argument. (11:50 a.m.) Government's final argument. (12:04 p.m.) The court instructs the jury. The alternate juror is selected by lot.
12:30 p.m. The jury retires and court stands at recess.

CONTINUED

(100)

5:00 p.m. Court reconvenes with the jury present. The foreperson asks questions on behalf of the jury. The jury is excused; court remains in session. Court and counsel discuss jury questions.
5:12 p.m. Recess.
5:23 p.m. Court reconvenes without the jury. Court and counsel discuss jury questions further. (5:40 p.m.) The jury is now present, and the court instructs the jury.
5:50 p.m. Recess.
8:00 p.m. Court reconvenes with defendant, counsel and jury present. The jury returns its verdict and finds the defendant **GUILTY of Involuntary Manslaughter, a lesser included offense**. The jury is polled. Defendant is remanded to the U.S. Marshal and the court orders a presentence report be prepared by U.S. Probation Office.

**Sentencing is set for Monday, September 9, 2002 at 3:00 p.m.**

8:07 p.m. The jury is excused. Court adjourns.

