# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Phoenix

**CRIMINAL SENTENCING MINUTES**

DATE: 9/10/2002    CASE NUMBER: CR 01-01030-001-PCT-FJM

X FILED    ___ LODGED
___ RECEIVED    ___ COPY

SEP 16 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA vs. Milton Wagon, Jr.

Hon. FREDERICK J. MARTONE, United States District Judge #: 7028

DEFT: ☒ PRESENT ☐ NOT PRESENT ☒ Custody

Deputy Clerk Kelly M. Branding _____ Crt Rptr/ECR: Kristen Bethel

A.U.S. Attorney Michael Kemp & Howard Sukenic    Interpreter_____

Attorney for Defendant Gerald A. Williams (AFPD)    Language_____

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

## JUDGMENT    [SENTENCE]

☐ Defendant is placed on probation for a period of _____

on Cts(s) _ ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of _78 Months_ on Count ONE

☒ Supervised release term of 3 Years by law Count ONE

☐ Fine of $0 on Ct(s)_    TOTAL FINE $0

☒ Restitution of $7,447.15 ordered pursuant to 1:3580

☒ Special Assessment of $100.00 pursuant to 18:3013 on Count ONE

☐ On Motion of U.S. Atty: Ct(s) N/A

☐ Order bond exonerated    ☐ Bond exonerated upon surrender to USM

☒ Dft advised right to appeal is waived    ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Other: The following persons make statements to the Court: Charlotte Begay, Josephine Begay, Ella Begay, Joanne Holliday.

130