```
                                          ___ FILED      ___ LODGED
                                          ___ RECEIVED   ___ COPY

                                              NOV  8 2001

                                          CLERK U S DISTRICT COURT
                                          DISTRICT OF ARIZONA
                                          BY_____ DEPUTY
```

1  PAUL K. CHARLTON
   United States Attorney
2  District of Arizona

3  W. ALLEN STOOKS
   Assistant U.S. Attorney
   Arizona State Bar No. 004149
4  United States Attorney's Office
   Two Renaissance Square
5  40 North Central Avenue, Suite 1200
   Telephone: (602) 514-7500

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Kajo Holliday,<br><br>    Defendant. | 01-04256M-001<br><br>**GOVERNMENT'S MOTION TO DISMISS COMPLAINT** |

COMES NOW, the government and petitions the court to dismiss the complaint against the above defendant. Pursuant to Federal Rules of Criminal Procedure Rule 48, for the reason that the government is conducting further investigation as to this defendant and will not be presenting evidence to the Grand Jury within 30 days of the defendant's first appearance before a court.

Respectfully submitted this ____8th____ day of November, 2001.

                          PAUL K. CHARLTON
                          United States Attorney
                          District of Arizona

                          */s/ Allen Stooks*

                          W. ALLEN STOOKS
                          Assistant U.S. Attorney

Original filed and copy of the foregoing
mailed this ____8th____ day of November, 2001 to:

Phillip Seplow
45 W. Jefferson, Suite 503
Phoenix, Arizona 85003

